IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELVIN WALKER**                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 4:22-CV-00445-BSM**

**YOUTH HOME, INC.**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE